

# OHIO CIVIL RIGHTS COMMISSION

Governor Mike DeWine
Commissioners: Valerie A. Lemmie, Chair | Lori Barreras | William Patmon, II | Madhu Singh | Charlie Winburn
Executive Director Angela Phelps-White

**April 18, 2024**                                                              **Date mailed: April 19, 2024**

Rosemary Amponsah                      IBM
1350 Eastwood Ave                      250 South High Street
Akron, Ohio 44305                      Columbus, Ohio 43215
Ra623@cornell.edu

### LETTER OF DETERMINATION
Rosemary Amponsah v. IBM
COL71(50335)10112022; 22A-2023-00648

**FINDINGS OF FACT:**
Charging Party filed a charge of discrimination with the Ohio Civil Rights Commission alleging Respondent engaged in an unlawful discriminatory practice. All jurisdictional requirements for filing a charge have been met. A recommendation of **PROBABLE CAUSE** was issued on June 23, 2023 and a formal complaint was issued. Charging Party subsequently requested to withdraw the charge to request a Notice of Right to Sue from the Ohio Civil Rights Commission.

**DECISION:**
The Ohio Civil Rights Commission has entered into its record a finding of **WITHDRAWAL OF CHARGE AFTER A FINDING OF PROBABLE CAUSE – REQUEST NOTICE OF RIGHT TO SUE**. The matter is **CLOSED**.

Charging Party: Please refer to the enclosed **NOTICE OF RIGHT TO SUE** for additional information on Charging Party's suit rights.

**NOTICE OF RIGHT TO PETITION FOR JUDICIAL REVIEW:**
A determination of the Commission that constitutes a Final Order is subject to judicial review, wherein the court reviews the contents of this letter and determines if there are sufficient factual findings supporting why the Commission did not issue a complaint. A petition for judicial review must be filed in the proper common pleas court within **THIRTY (30) days** of the date the Commission mailed this Final Order. The right to obtain judicial review and the mode and procedure thereof is set forth in Ohio Revised Code § 4112.06.

The judicial review process is not a means to reexamine the investigation or further pursue your allegations through the Commission. You may consult with an attorney for information on available options.

A Probable Cause finding is not a Final Order and is not subject to judicial review by a court. All other determinations of the Commission constitute a Final Order and are subject to judicial review by a court.

Rosemary Amponsah v. IBM
COL71(50335)10112022; 22A-2023-00648
Page 2

FOR THE COMMISSION,
/s/ *George Shaw*
George Shaw, Regional Director
614-466-5928
George.Shaw@civ.ohio.gov

cc: Representative for Charging Party:
John Marshall, Attorney
Marshall Forman & Schlein LLC
250 Civic Center Drive
Suite 480
Columbus, Ohio, 43215
jmarshall@marshallforman.com

Representative for Respondent:
Richard Hilbrich, Attorney
Jackson Lewis P.C.
Park Center Plaza I, Suite 400
6100 Oak Tree Blvd.
Cleveland, OH 44131
Richard.Hilbrich@jacksonlewis.com

# OHIO CIVIL RIGHTS COMMISSION

**Board of Commissioners:**
Valerie A. Lemmie – Chair
Lori Barreras
William W. Patmon, III
Madhu Singh
Charlie Winburn



Angela Phelps-White,
Executive Director

**Charging Party,**            )
                               )
    Rosemary Amponsah    )
                               )
v.                             )   Charge No. COL71(50335)10112022
                               )             22A-2023-00648
**Respondent,**                )
                               )
    IBM                  )
                               )
                               )

## NOTICE OF RIGHT TO SUE

    Pursuant to Ohio Revised Code 4112.051, you may file a civil action against the Respondent(s) alleging a violation of Ohio Revised Code 4112. The lawsuit may be filed in any State of Ohio court that has jurisdiction over the matter. Ohio Revised Code 4112.052 and 4112.14 provides that such a civil action must be filed within two years after the date of the alleged discriminatory practice. The time period to file a civil action is tolled during the pendency of the Commission investigation. You are advised to consult with an attorney to determine with accuracy the date by which a civil action must be filed. NOTE: If you request reconsideration of the Commission's determination, this NOTICE OF RIGHT TO SUE will be vacated. FOR FEDERAL COURT FILINGS: Notices of Right to Sue under federal law will be issued by the EEOC.

**FOR THE COMMISSION**

*/s/ George Shaw*
George Shaw
Columbus Regional Director
30 E. Broad St., 4th Floor
Columbus, OH 43215
(614) 466-5928

Date mailed: April 19, 2024



# OHIO CIVIL RIGHTS COMMISSION

Governor Mike DeWine
Commissioners: Valerie A. Lemmie, Chair | Lori Barreras | William Patmon, II | Madhu Singh | Charlie Winburn
Executive Director Angela Phelps-White

**April 18, 2024**                                                                                              **Date mailed: April 19, 2024**

Rosemary Amponsah
1350 Eastwood Ave
Akron, Ohio 44305
Ra623@cornell.edu

IBM
250 South High Street
Columbus, Ohio 43215

**LETTER OF DETERMINATION**
Rosemary Amponsah v. IBM
COL71(49775)05272022;22A-2022-03152

**FINDINGS OF FACT:**
Charging Party filed a charge of discrimination with the Ohio Civil Rights Commission alleging Respondent engaged in an unlawful discriminatory practice. All jurisdictional requirements for filing a charge have been met. A recommendation of **PROBABLE CAUSE** was issued on April 6, 2023 and a formal complaint was issued. Charging Party subsequently requested to withdraw the charge to request a Notice of Right to Sue from the Ohio Civil Rights Commission.

**DECISION:**
The Ohio Civil Rights Commission has entered into its record a finding of **WITHDRAWAL OF CHARGE AFTER A FINDING OF PROBABLE CAUSE – REQUEST NOTICE OF RIGHT TO SUE**. The matter is **CLOSED**.

Charging Party: Please refer to the enclosed **NOTICE OF RIGHT TO SUE** for additional information on Charging Party's suit rights.

**NOTICE OF RIGHT TO PETITION FOR JUDICIAL REVIEW:**
A determination of the Commission that constitutes a Final Order is subject to judicial review, wherein the court reviews the contents of this letter and determines if there are sufficient factual findings supporting why the Commission did not issue a complaint. A petition for judicial review must be filed in the proper common pleas court within **THIRTY (30) days** of the date the Commission mailed this Final Order. The right to obtain judicial review and the mode and procedure thereof is set forth in Ohio Revised Code § 4112.06.

The judicial review process is not a means to reexamine the investigation or further pursue your allegations through the Commission. You may consult with an attorney for information on available options.

A Probable Cause finding is not a Final Order and is not subject to judicial review by a court. All other determinations of the Commission constitute a Final Order and are subject to judicial review by a court.

Rosemary Amponsah v. IBM
COL71(49775)05272022;22A-2022-03152
Page 2

FOR THE COMMISSION,
/s/ *George Shaw*
George Shaw, Regional Director
614-466-5928
George.Shaw@civ.ohio.gov

cc: <u>Representative for Charging Party:</u>
John Marshall
Marshall Forman & Schlein LLC
250 Civic Center Drive
Suite 480
Columbus, Ohio, 43215
jmarshall@marshallforman.com

<u>Representative for Respondent</u>:
Richard Hilbrich, Attorney
Jackson Lewis P.C.
Park Center Plaza I, Suite 400
6100 Oak Tree Blvd.
Cleveland, OH 44131
Richard.Hilbrich@jacksonlewis.com

# OHIO CIVIL RIGHTS COMMISSION

**Board of Commissioners:**
Valerie A. Lemmie – Chair
Lori Barreras
William W. Patmon, III
Madhu Singh
Charlie Winburn



Angela Phelps-White,
Executive Director

---

**Charging Party,**

    Rosemary Amponsah

v.

**Respondent,**

    IBM

Charge No. COL71(49775)05272022
22A-2022-03152

---

### NOTICE OF RIGHT TO SUE

---

Pursuant to Ohio Revised Code 4112.051, you may file a civil action against the Respondent(s) alleging a violation of Ohio Revised Code 4112. The lawsuit may be filed in any State of Ohio court that has jurisdiction over the matter. Ohio Revised Code 4112.052 and 4112.14 provides that such a civil action must be filed within two years after the date of the alleged discriminatory practice. The time period to file a civil action is tolled during the pendency of the Commission investigation. You are advised to consult with an attorney to determine with accuracy the date by which a civil action must be filed. NOTE: If you request reconsideration of the Commission's determination, this NOTICE OF RIGHT TO SUE will be vacated. FOR FEDERAL COURT FILINGS: Notices of Right to Sue under federal law will be issued by the EEOC.

FOR THE COMMISSION

*/s/ George Shaw*
George Shaw
Columbus Regional Director
30 E. Broad St., 4th Floor
Columbus, OH 43215
(614) 466-5928

Date mailed: April 19, 2024